**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00171-GMN-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES EARL MAGEE, | |
| Defendant. | |

This Court having ordered the jury impaneled in the above-entitled action kept together during the periods of trial and deliberation, now, therefore,

IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of the Court.

DATED this __25__ day of January, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE