RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for James Earl Magee

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00171-GMN-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| JAMES EARL MAGEE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jeremy Stanton Robbins, Special Assistant United States Attorney and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy and Joy Chen, Assistant Federal Public Defenders, counsel for James Earl Magee, that the Sentencing Hearing currently scheduled on April 25, 2023 at 10:00 a.m., be vacated and continued to May 3 or 4, 2023 or any day thereafter.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant is scheduled to begin trial in another case the same date as the currently scheduled sentencing date. Additionally, time is needed to investigate and

gather mitigation information for Mr. Magee, which is relevant to the sentencing disposition of this case.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 22nd day of March 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>JOY CHEN<br>Assistant Federal Public Defenders | */s/ Jeremy Stanton Robbins*<br>By_____<br>JEREMY STANTON ROBBINS<br>Special Assistant United States Attorney<br>MINA CHANG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES EARL MAGEE,<br><br>　　　　Defendant. | Case No. 2:21-cr-00171-GMN-VCF<br><br>**ORDER** |

　　　IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, April 25, 2023 at 10:00 a.m., be vacated and continued to May 9, 2023 at the hour of 10:00 a.m.

　　　DATED this  22  day of March 2023.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE