1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   REBECCA A. LEVY
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax
   Rebecca_Levy@fd.org
6

7  Attorney for James Earl Magee

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10  UNITED STATES OF AMERICA,            Case No. 2:21-cr-00171-GMN-VCF

11          Plaintiff,                   **STIPULATION TO CONTINUE**
                                         **SENTENCING HEARING**
12      v.                               (Second Request)

13  JAMES EARL MAGEE,

14          Defendant.

15

16      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson,

17  United States Attorney, and Jeremy Stanton Robbins, Special Assistant United States Attorney

18  and Mina Chang, Assistant United States Attorney, counsel for the United States of America,

19  and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy and Joy Chen, Assistant

20  Federal Public Defenders, counsel for James Earl Magee, that the Sentencing Hearing currently

21  scheduled on May 9, 2023 at 10:00 a.m., be vacated and continued to June 14, 2023 at

22  11:00 a.m.

23      The Stipulation is entered into for the following reasons:

24      1.    Counsel for the defendant is scheduled to be in trial on another case the same

25  date as the currently scheduled sentencing date.  Additionally, time is needed to investigate and

26

gather mitigation information for Mr. Magee, which is relevant to the sentencing disposition of this case.

      2.      The defendant is not incarcerated and does not object to the continuance.

      3.      The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 20th day of April 2023.

RENE L. VALLADARES                JASON M. FRIERSON
Federal Public Defender            United States Attorney


     */s/ Rebecca A. Levy*                  */s/ Jeremy Stanton Robbins*
By_____      By_____
REBECCA A. LEVY                  JEREMY STANTON ROBBINS
JOY CHEN                        Special Assistant United States Attorney
Assistant Federal Public Defenders      MINA CHANG
                                    Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00171-GMN-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES EARL MAGEE, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, May 9, 2023 at 10:00 a.m., be vacated and continued to June 14, 2023 at the hour of 11:00 a.m.

DATED this __24__ day of April 2023.

_____
UNITED STATES DISTRICT JUDGE

3