UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

         Plaintiff,

v.

JAMES EARL MAGEE,

         Defendant.

Case No. 2:21-cr-00171-GMN-VCF

ORDER TEMPORARILY UNSEALING TRANSCRIPT

Upon the request of Aarin E. Kevorkian, Esq., and good cause appearing:

IT IS HEREBY ORDERED the following transcript which contains a sealed portion shall be unsealed in order to permit the Court Reporter to prepare transcript of the following hearing and sealed portion: 12/16/22, ECF 50, Change of Plea.

IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to Aarin E. Kevorkian, Esq.

IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

**DATED** this __28__ day of _____July_____, 2023.

_____
GLORIA M. NAVARRO
U.S. District Judge